

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2017

No. 04-17-00409-CV

Samuel **DODSON**,
Appellant

v.

Benito **MUNOZ** d/b/a B M Transport, Erik Munoz, and David Henry Owens,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-0367-CV
Honorable William Old, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to November 1, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc:
Brent Lee Watkins
Skelton Slusher Barnhill Watkins Wells PLLC
1616 S Chestnut
Lufkin, TX 75901

Dan Pozza
Pozza & Whyte, PLLC
239 East Commerce Street
San Antonio, TX 78205

Bernardo S. Gonzalez
6215 via la cantera no. 438
San Antonio, TX 78256

Larry J. Goldman
10100 Reunion Place, Suite 800
San Antonio, TX 78216

Krystal Elaine Riley
Skelton Slusher Barnhill Watkins Wells PLLC
1616 S. Chestnut Street
Lufkin, TX 75901